1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  MATHEW W. PILE (WSBA 32245)
   Head of Program Litigation 1
3  ERIN HIGHLAND (GA 153550)
4  Special Assistant United States Attorney
   Program Litigation 1
5  Law and Policy
   Social Security Administration
6  6401 Security Boulevard
   Baltimore, MD 21235
7  (206) 615-2495
8  erin.highland@ssa.gov

9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATASHA NOEL, | ) CASE NO. 3:25-cv-07777-RFL |
| Plaintiff, | ) **COMMISSIONER'S ADMINISTRATIVE MOTION FOR A STAY IN LIGHT OF LAPSE OF APPROPRIATIONS** |
| v. | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

Pursuant to Civil Local Rule 7-11 and Federal Rule of Civil Procedure 6(b)(1)(A), the Federal Defendant hereby moves the Court for an order staying this case, and continuing all such deadlines until after Congress has enacted funding for the Department of Justice and the shutdown of the federal government has come to an end:

1. At the end of the day on September 30, 2025, the appropriations that have been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for most Executive agencies, including federal defendant Social Security Administration (SSA). It is not clear when funding will be restored by Congress.

**COMMISSIONER'S ADMINISTRATIVE MOTION FOR A STAY IN LIGHT OF LAPSE OF APPROPRIATIONS**
CASE NO. 3:25-CV-07777-RFL

2. In the absence of either a Fiscal Year 2026 appropriation or a continuing resolution to continue the ongoing operations of the Social Security Administration (SSA), no further financial obligations may be incurred by SSA, except for that work which, as defined by law, is excepted from the limitations of Anti-Deficiency Act (ADA). *See* 31 U.S.C. §§ 1341–1342.

3. Effective Monday, October 20, 2025, the Social Security Administration has determined that undersigned counsel and colleagues within her office may perform work on Social Security cases arising under 42 U.S.C. § 405(g) during the current lapse in appropriations as excepted work. Although the undersigned counsel is permitted to work on Social Security cases arising under 42 U.S.C. § 405(g) as of October 20, 2025, staff at the United States Attorney's Office remain furloughed and have limited capacity to provide support for agency litigation. The United State's Attorney's office is responsible for filing the certified administrative record in this case, which is due on November 10, 2025.

4. Undersigned counsel therefore requests a stay of all deadlines in this case until Congress has restored appropriations to the Department. The Government further requests that, at that point, all current deadlines in this case be extended for a period of time commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. Although this Court has authority to extend or stay these deadlines without a formal motion or notice to opposing counsel, *see* Fed. R. Civ. P. 6(b)(1)(A), undersigned counsel nevertheless contacted Plaintiff's counsel, who indicated they did not oppose this motion.

6. If this motion for a stay is granted, undersigned counsel will promptly notify the Court as soon as the government shutdown has ended and, if necessary given the circumstances of this case, confer with opposing counsel and submit a joint proposed schedule for the remainder of litigation.

7. Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of this matter until Department of Justice attorneys and Special Assistant United States Attorneys for the Social Security Administration are permitted to resume their usual civil litigation functions.

**COMMISSIONER'S ADMINISTRATIVE MOTION FOR A STAY IN LIGHT OF LAPSE OF APPROPRIATIONS**
CASE NO. 3:25-CV-07777-RFL

DATED: November 10, 2025            Respectfully submitted,

                                         CRAIG H. MISSAKIAN
                                         United States Attorney

                                         */s/ Erin Highland*
                                         ERIN HIGHLAND
                                         Special Assistant United States Attorney

## [~~PROPOSED~~] ORDER

In light of the lapse of federal appropriations to the Department of Justice and the Social Security Administration, Defendant, Commissioner of Social Security, moved this Court for an order staying this case and extending all such deadlines for a period of time commensurate with the duration of the lapse in appropriations. Good cause appearing, Defendant's motion is hereby GRANTED.

The Government will promptly notify the Court as soon as the government shutdown has ended and, if necessary, given the circumstances of this case, confer with opposing counsel and submit a joint proposed schedule for the remainder of litigation.

IT IS SO ORDERED.

DATED: November 10, 2025

                                         HON. RITA F. LIN
                                         United States District Judge